RICK A. YARNALL                                                             E-FILED
CHAPTER 13 BANKRUPTCY TRUSTEE
701 Bridger Ave, Suite 820
Las Vegas, NV  89101
(702) 853-4500
RAY13mail@LasVegas13.com

**UNITED STATES BANKRUPTCY COURT**
**NEVADA DIVISION**

| | |
|---|---|
| **IN RE:**<br>**RALPH SGRULLONI**<br>**MARIA SGRULLONI**<br><br>                    **Debtors**<br>**Attorney for Debtor:**<br>       **RANDOLPH H GOLDBERG ESQ** | **CASE NO: BKS-09-14680-LBR**<br><br>**CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION** |

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was  filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either  "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim (including, if appropriate, the payment of and rate of interest ), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution on or before November 18, 2009. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution. No further Order of the Court will be entered in the absence of any objection to this notice.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all filed and not filed proof of claims, classification of claims, and proposed distribution:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY**<br>AS INDENTURE TRUSTEE<br>SELECT PORTFOLIO SERVICING INC<br>3815 SOUTH WEST TEMPLE | $205,582.16<br>AT 0.00% INT<br>FROM 03/31/2009<br>**TRUSTEE CLAIM# 00002 / COURT CLAIM # 8** | MORTGAGE DIRECT<br><br>Paid direct by Debtor | XXXXXXXXXX6347 |

Page 2 of 3
RALPH SGRULLONI AND MARIA SGRULLONI                                          BKS-09-14680-LBR

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **AMERICAN EXPRESS CENTURION BANK** <br> C/O BECKET & LEE LLP <br> P O BOX 3001 <br> MALVERN, PA 19355-0701 | $5,010.29 <br> AT 0.00% INT <br> FROM 03/31/2009 <br> **TRUSTEE CLAIM# 00007 / COURT CLAIM # 7** | UNSECURED <br> <br> APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 1008 |
| **American Express** <br> c/o Becket and Lee <br> Po Box 3001 <br> Malvern, PA 19355 | $0.00 <br> AT 0.00% INT <br> FROM 03/31/2009 <br> **TRUSTEE CLAIM# 00008 / COURT CLAIM # Not Filed** | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX1923 |
| **BUDCO** <br> <br> , 00000 | $0.00 <br> AT 0.00% INT <br> FROM 03/31/2009 <br> **TRUSTEE CLAIM# 00014 / COURT CLAIM # Not Filed** | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | |
| **NATIONAL CAPITAL MANAGEMENT LLC** <br> 8245 TOURNAMENT DRIVE <br> SUITE 230 <br> MEMPHIS, TN 38125 | $9,494.16 <br> AT 0.00% INT <br> FROM 03/31/2009 <br> **TRUSTEE CLAIM# 00017 / COURT CLAIM # 12** | UNSECURED <br> <br> APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 3172 |
| **ECAST SETTLEMENT CORP** <br> P O BOX 35480 <br> NEWARK, NJ 07193-5480 | $14,260.00 <br> AT 0.00% INT <br> FROM 03/31/2009 <br> **TRUSTEE CLAIM# 00040 / COURT CLAIM # 11** | UNSECURED <br> <br> APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 9006 |
| **PRA RECEIVABLES MANAGEMENT LLC** <br> AGENT FOR PORTFOLIO RECOVERY <br> ASSOCIATES LLC <br> PO BOX 12914 <br> NORFOLK, VA 23541 | $10,847.58 <br> AT 0.00% INT <br> FROM 03/31/2009 <br> **TRUSTEE CLAIM# 00044 / COURT CLAIM # 6** | UNSECURED <br> <br> APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 8483 |
| **PRA RECEIVABLES MANAGEMENT LLC** <br> AGENT FOR PORTFOLIO RECOVERY <br> ASSOCIATES LLC <br> PO BOX 12914 <br> NORFOLK, VA 23541 | $12,139.02 <br> AT 0.00% INT <br> FROM 03/31/2009 <br> **TRUSTEE CLAIM# 00045 / COURT CLAIM # 5** | UNSECURED <br> <br> APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 8221 |
| **PRA RECEIVABLES MANAGEMENT LLC** <br> AGENT FOR PORTFOLIO RECOVERY <br> ASSOCIATES LLC <br> PO BOX 12914 <br> NORFOLK, VA 23541 | $747.11 <br> AT 0.00% INT <br> FROM 03/31/2009 <br> **TRUSTEE CLAIM# 00047 / COURT CLAIM # 9** | UNSECURED <br> <br> APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 7332 |
| **COMMUNITY ONE FEDERAL CREDIT UNION** <br> 2699 N TENAYA WAY <br> LAS VEGAS, NV 89128 | $26,201.62 <br> AT 0.00% INT <br> FROM 03/31/2009 <br> **TRUSTEE CLAIM# 00050 / COURT CLAIM # 4** | VEHICLE DIRECT <br> <br> Paid direct by Debtor | XX5747 |
| **Countrywide Home Lending** <br> Attention: Bankruptcy SV-314B <br> Po Box 5170 <br> Simi Valley, CA 93062 | $0.00 <br> AT 0.00% INT <br> FROM 03/31/2009 <br> **TRUSTEE CLAIM# 00051 / COURT CLAIM # Not Filed** | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXX1759 |
| **DISCOVER BANK** <br> DFS SERVICES LLC <br> P O BOX 3025 <br> NEW ALBANY, OH 43054-3025 | $5,390.72 <br> AT 0.00% INT <br> FROM 03/31/2009 <br> **TRUSTEE CLAIM# 00053 / COURT CLAIM # 1** | UNSECURED <br> <br> APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 4575 |

RALPH SGRULLONI AND MARIA SGRULLONI

Page 3 of 3
BKS-09-14680-LBR

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **DISCOVER BANK**<br>DFS SERVICES LLC<br>P O BOX 3025<br>NEW ALBANY, OH 43054-3025 | **$6,697.22**<br>AT 0.00% INT<br>FROM 03/31/2009<br>**TRUSTEE CLAIM# 00054 / COURT CLAIM # 2** | UNSECURED<br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 4569 |
| **DEPARTMENT STORES NATIONAL BANK/BLOOMINGDALES**<br>TSYS DEBT MGMT INC<br>P O BOX 137<br>COLUMBUS, GA 31902-0137 | **$387.78**<br>AT 0.00% INT<br>FROM 03/31/2009<br>**TRUSTEE CLAIM# 00056 / COURT CLAIM # 3** | UNSECURED<br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 0673 |
| **GEMB / Mervyns**<br>Attention: Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076 | **$0.00**<br>AT 0.00% INT<br>FROM 03/31/2009<br>**TRUSTEE CLAIM# 00061 / COURT CLAIM # Not Filed** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX6879 |
| **ROUNDUP FUNDING LLC**<br>MS 550<br>P O BOX 91121<br>SEATTLE, WA 98111 | **$488.36**<br>AT 0.00% INT<br>FROM 03/31/2009<br>**TRUSTEE CLAIM# 00066 / COURT CLAIM # 10** | UNSECURED<br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 8434 |
| **PAYPAL**<br>813 ST MICHAELS DR<br>Santa Fe, NM 87505 | **$0.00**<br>AT 0.00% INT<br>FROM 03/31/2009<br>**TRUSTEE CLAIM# 00079 / COURT CLAIM # Not Filed** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | |
| **SONEPCO FEDERAL C U**<br>3475 W SAHARA AVE<br>LAS VEGAS, NV 89102 | **$0.00**<br>AT 0.00% INT<br>FROM 03/31/2009<br>**TRUSTEE CLAIM# 00087 / COURT CLAIM # Not Filed** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX5114 |
| **first community one**<br>, 00000 | **$0.00**<br>AT 0.00% INT<br>FROM 03/31/2009<br>**TRUSTEE CLAIM# 00103 / COURT CLAIM # Not Filed** | SECURED DIRECT<br>NOT FILED<br>Paid direct by Debtor 0.00% TO BE PAID | |

**\*\*The exact percentage dividend to be paid, if any, to the unsecured creditors cannot be determined at this time and will not be determined until the closing of the case. There are many factors which can affect the dividend, such as, but not limited to: increased administrative expenses or other factors which may reduce the dividend; increased income to the estate which may increase the dividend; or a modified plan which may affect the dividend either way. Please refer to the latest Confirmed or Modified Chapter 13 Plan.**

Dated: 10/19/2009

/s/ Linda Pletzer

for Rick A. Yarnall
Chapter 13 Bankruptcy Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0978-2           User: ruhgejd                Page 1 of 3            Date Rcvd: Oct 20, 2009
Case: 09-14680                 Form ID: pdf913              Total Noticed: 106

The following entities were noticed by first class mail on Oct 22, 2009.
db/jdb        +RALPH SGRULLONI,    MARIA SGRULLONI,    4841 CASA ANITA CIR,    NORTH LAS VEGAS, NV 89031-5594
4842961        AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN PA 19355-0701
4278818       +Accredited Home Lender,    Acct No 412135335,    Attention: Bankruptcy,
                15253 Avenue Of Science Building 3,    San Diego, CA 92128-3437
4278821       +American Express,    Acct No 3499909197184543,    c/o Becket and Lee,    Po Box 3001,
                Malvern, PA 19355-0701
4278819       +American Express,    Acct No 3499913312017313,    c/o Becket and Lee,    Po Box 3001,
                Malvern, PA 19355-0701
4278820       +American Express,    Acct No 3499913750311923,    c/o Becket and Lee,    Po Box 3001,
                Malvern, PA 19355-0701
4278824       +American Express,    Acct No 3499914608906193,    c/o Becket and Lee,    Po Box 3001,
                Malvern, PA 19355-0701
4278825       +American Express,    Acct No 003526855010396492,    c/o Becket and Lee,    Po Box 3001,
                Malvern, PA 19355-0701
4278823       +American Express,    Acct No 3499908845210083,    c/o Becket and Lee,    Po Box 3001,
                Malvern, PA 19355-0701
4278822       +American Express,    Acct No 3499909019871173,    c/o Becket and Lee,    Po Box 3001,
                Malvern, PA 19355-0701
4278826       +Amex,   Acct No 003526855010373873,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
4278827       +Amex,   Acct No 027787489014381703,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
4278840       +BLOOMINGDALES,    PO BOX 183084,    Columbus, OH 43218-3084
4278841       +BP Oil / Citibank,    Acct No 5546565721,    Attn: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195-0507
4278828       +Bac / Fleet Bankcard,    Acct No 0770,    Po Box 26012,    Greensboro, NC 27420-6012
4278830        Bank Of America,    Acct No 2058,    4060 Ogletown/Stan,    Newark, DE 19713
4278829        Bank Of America,    Acct No 6924,    4060 Ogletown/Stan,    Newark, DE 19713
4278832       +Bank One Na,    Acct No 7647642728658,    900 Tower Dr,    Troy, MI 48098-2822
4278831       +Bank of America,    Acct No 488800710001,    Attn: Bankruptcy Dept NC4-105-03-14,    Po Box 26012,
                Greensboro, NC 27420-6012
4278838       +Beneficial/hfc,    Acct No 680170110555,    Attn: Bankruptcy,    961 Weigel Dr,
                Elmhurst, IL 60126-1058
4278837       +Beneficial/hfc,    Acct No 680171014048,    Attn: Bankruptcy,    961 Weigel Dr,
                Elmhurst, IL 60126-1058
4278836       +Beneficial/hfc,    Acct No 680171014971,    Attn: Bankruptcy,    961 Weigel Dr,
                Elmhurst, IL 60126-1058
4278839       +Beneficial/hfc,    Acct No 6817010850,    Attn: Bankruptcy,    961 Weigel Dr,
                Elmhurst, IL 60126-1058
4278835       +Beneficial/hfc,    Acct No 68171000171683,    Attn: Bankruptcy,    961 Weigel Dr,
                Elmhurst, IL 60126-1058
4278834       +Beneficial/hfc,    Acct No 68171000197358,    Attn: Bankruptcy,    961 Weigel Dr,
                Elmhurst, IL 60126-1058
4278833       +Beneficial/hfc,    Acct No 68171008100099,    Attn: Bankruptcy,    961 Weigel Dr,
                Elmhurst, IL 60126-1058
4278864       +CLARK COUNTY TREASURER,    500 S GRAND CENTRAL PKWY,    P.O. BOX 551220,    Las Vegas, NV 89155-1220
4278865       +CLARK COUNTY WATER RECALMATION DISTRICT,     5857 E FLAMINGO RD,    Las Vegas, NV 89122-5507
4278843       +Cap One,   Acct No 412174162742,    Attn: C/O TSYS Debt Management,    Po Box 5155,
                Norcross, GA 30091-5155
4278849       +Capital 1 Bank,    Acct No 412174163023,    Attn: C/O TSYS Debt Management,    Po Box 5155,
                Norcross, GA 30091-5155
4278847       +Capital 1 Bank,    Acct No 438864177583,    Attn: C/O TSYS Debt Management,    Po Box 5155,
                Norcross, GA 30091-5155
4278848       +Capital 1 Bank,    Acct No 517805230386,    Attn: C/O TSYS Debt Management,    Po Box 5155,
                Norcross, GA 30091-5155
4278845       +Capital 1 Bank,    Acct No 529115179455,    Attn: C/O TSYS Debt Management,    Po Box 5155,
                Norcross, GA 30091-5155
4278844       +Capital 1 Bank,    Acct No 529115182864,    Attn: C/O TSYS Debt Management,    Po Box 5155,
                Norcross, GA 30091-5155
4278846       +Capital 1 Bank,    Acct No 529115212005,    Attn: C/O TSYS Debt Management,    Po Box 5155,
                Norcross, GA 30091-5155
4278853       +Chase - Cc,    Acct No 172720398025,    Attention: Banktruptcy Department,    Po Box 15298,
                Wilmintgon, DE 19850-5298
4278851       +Chase - Cc,    Acct No 426684105552,    Attention: Banktruptcy Department,    Po Box 15298,
                Wilmintgon, DE 19850-5298
4278854       +Chase - Cc,    Acct No 426684115408,    Attention: Banktruptcy Department,    Po Box 15298,
                Wilmintgon, DE 19850-5298
4278852       +Chase - Cc,    Acct No 426690202893,    Attention: Banktruptcy Department,    Po Box 15298,
                Wilmintgon, DE 19850-5298
4278850       +Chase - Cc,    Acct No 540168307460,    Attention: Banktruptcy Department,    Po Box 15298,
                Wilmintgon, DE 19850-5298
4278855       +Chase Manhattan Mortgage,    Acct No 17457250,    Attention: Research Dept. G7-PP,
                3415 Vision Drive,    Columbus, OH 43219-6009
4278856       +Chase Manhattan Mtg,    Acct No 1930029168,    G7-Pp,    3415 Vision Dr.,    Columbus, OH 43219-6009
4278859       +Citi,   Acct No 542418048406,    Attn: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195-0507
4278858       +Citi,   Acct No 546616000288,    Attn: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195-0507
4278857       +Citi,   Acct No 546616005581,    Attn: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195-0507
4278861       +Citibank Usa,    Acct No 6035320118662301,    Attn.: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195-0507
4278860       +Citibank Usa,    Acct No 6035320312707332,    Attn.: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195-0507
4278863       +Citifinancial,    Acct No 6070507147257162,    8335 Century Park Ct Ste,    San Diego, CA 92123-1569
```

```
District/off: 0978-2          User: ruhgejd              Page 2 of 3                   Date Rcvd: Oct 20, 2009
Case: 09-14680                Form ID: pdf913            Total Noticed: 106

4278866       +Community One Fcu,    Acct No 4457470011,    2699 N. Tenaya Way,    Las Vegas, NV 89128-0427
4278867       +Countrywide Home Lending,    Acct No 167411759,    Attention: Bankruptcy SV-314B,    Po Box 5170,
                Simi Valley, CA 93062-5170
4676895        DEPARTMENT STORES NATIONAL BANK/BLOOMINGDALES,    TSYS DEBT MGMT., INC.,    PO BOX 137,
                COLUMBUS, GA 31902-0137
4861474       +Deutsche Bank National Trust Company as indenture,    c/o McCarthy & Holthus, LLP,
                1770 Fourth Avenue,    San Diego, CA 92101-2607
4278872       +Dsnb Bloom,    Acct No 8894113302,    Bloomingdale’s Bankruptcy,    Po Box 8053,
                Mason, OH 45040-8053
5021462        ECAST SETTLEMENT CORPORATION ASSIGNEE OF CHASE,    BANK USA NA,    POB 35480,
                NEWARK NJ 07193-5480
5027571       +FIA CARD SERVICES, N.A.,    ATTN. MR. BK,    1000 Samoset Drive,    DE5-023-03-03,
                Newark, DE 19713-6000
4278873       +Fair Finance,    Acct No 570096,    1753 State Road,    Cuyahoga Falls, OH 44223-1305
4278874       +Fia Csna,    Acct No 9353,    Po Box 26012,    Nc4-105-02-77,    Greensboro, NC 27420-6012
4278876        GEMB / Dillards,    Acct No 604587070597,    Attention: Bankruptcy,    Po Box 103106,
                Roswell, GA 30076
4278877        GEMB / Dillards,    Acct No 604587085414,    Attention: Bankruptcy,    Po Box 103106,
                Roswell, GA 30076
4278878        GEMB / Mervyns,    Acct No 604589116879,    Attention: Bankruptcy,    Po Box 103106,
                Roswell, GA 30076
4278879        GEMB / Mervyns,    Acct No 604589117008,    Attention: Bankruptcy,    Po Box 103106,
                Roswell, GA 30076
4278880        Gemb/gap,    Acct No 601859554513,    Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076
4278881        Gemb/jcp,    Acct No 676172,    Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076
4278884       +HOME DEPOT,    P.O. BOX 6028,    The Lakes, NV 88901-6028
4278886       +Hsbc Bank,    Acct No 5407915024246859,    Attn: Bankruptcy,    Po Box 5253,
                Carol Stream, IL 60197-5253
4278885       +Hsbc Bank,    Acct No 5488975016812854,    Attn: Bankruptcy,    Po Box 5253,
                Carol Stream, IL 60197-5253
4278887       +Hsbc Best Buy,    Acct No 702127010134,    Attn: Bankruptcy,    Po Box 6985,
                Bridge Water, NJ 08807-0985
4278888       +Hsbc/davbr,    Acct No 60860110217,    Pob 15521,    Wilmington, DE 19850-5521
4278889       +Hsbc/ms,    Acct No 6908354,    Po Box 2393,    Brandon, FL 33509-2393
4278891       +Hsbc/rs,    Acct No 03662495,    Pob 15521,    Wilmington, DE 19850-5521
4278890       +Hsbc/rs,    Acct No 0447253,    Pob 15521,    Wilmington, DE 19850-5521
4278892       +Hsbc/rs,    Acct No 50025844507,    Pob 15521,    Wilmington, DE 19850-5521
4278894       +Hsbc/rs,    Acct No 5586044,    Pob 15521,    Wilmington, DE 19850-5521
4278893       +Hsbc/rs,    Acct No 77065002584,    Pob 15521,    Wilmington, DE 19850-5521
4278895       +Jareds Jewelers,    Acct No 3073336970,    375 Ghent Rd,    Akron, OH 44333-4601
4278896       +PAYPAL,    813 ST MICHAELS DR,    Santa Fe, NM 87505-7607
4788200       +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,
                NORFOLK VA 23541-0914
4278897       +REPUBLIC SERVICES,    770 E. SAHARA AVE.,    PO BOX 98508,    Las Vegas, NV 89193-8508
4278898        Sams Club,    Acct No 771410047615,    Attention: Bankruptcy Department,    Po Box 103104,
                Roswell, GA 30076
4278900       +Sears/cbsd,    Acct No 5009351,    701 East 60th St N,    Sioux Falls, SD 57104-0432
4278899       +Sears/cbsd,    Acct No 504994014434,    701 East 60th St N,    Sioux Falls, SD 57104-0432
4278901       +Shell Oil / Citibank,    Acct No 616169074,    Attn.: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195-0507
4278903        Sonepco Federal C U,    Acct No 6232001033,    3475 W Sahara Ave,    Las Vegas, NV 89102
4278904        Sonepco Federal C U,    Acct No 6232004084,    3475 W Sahara Ave,    Las Vegas, NV 89102
4278902        Sonepco Federal C U,    Acct No 6232005114,    3475 W Sahara Ave,    Las Vegas, NV 89102
4278905        Sonepco Federal C U,    Acct No 62323067,    3475 W Sahara Ave,    Las Vegas, NV 89102
4278908       +Target,    Acct No 91668781,    Po Box 9475,    Minneapolis, MN 55440-9475
4278909       +Texaco / Citibank,    Acct No 1267815262,    Attn.: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195-0507
4278911       +Wash Mutual/Providian,    Acct No 0100691304,    Attn: Bankruptcy Dept,    Po Box 10467,
                Greenville, SC 29603-0467
4278912       +Wash Mutual/Providian,    Acct No 1900791963,    Attn: Bankruptcy Dept,    Po Box 10467,
                Greenville, SC 29603-0467
4278914       +Washington Mutual / Providian,    Acct No 1500544115,    Attn: Bankruptcy Dept.,    Po Box 10467,
                Greenville, SC 29603-0467
4278913       +Washington Mutual / Providian,    Acct No 2700817269,    Attn: Bankruptcy Dept.,    Po Box 10467,
                Greenville, SC 29603-0467
4278915       +Wf Fin Bank/Wells Fargo Financial,    Acct No 442518000149,    Attn: Bankruptcy Dept,
                2143 East Convention Center Way #200,    Ontario, CA 91764-5451
4278918       +Wffinancial,    Acct No 104210687149013,    6955 Aliante Pkwy Ste 10,
                North Las Vegas, NV 89084-3199
4278916       +Wffinancial,    Acct No 105240587149013,    6955 Aliante Pkwy Ste 10,
                North Las Vegas, NV 89084-3199
4278917       +Wffinancial,    Acct No 111220487149013,    6955 Aliante Pkwy Ste 10,
                North Las Vegas, NV 89084-3199
4278919       +Wffinancial,    Acct No 112080312843995,    6955 Aliante Pkwy Ste 10,
                North Las Vegas, NV 89084-3199
The following entities were noticed by electronic transmission on Oct 20, 2009.
cr             +E-mail/Text: bknotice@ncmllc.com                              NATIONAL CAPITAL MANAGEMENT, LLC,
                8245 TOURNAMENT DR, STE 230,    MEMPHIS, TN 38125-1741
4629728        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2009 02:59:51     DISCOVER BANK,
                DFS SERVICES LLC,    PO BOX 3025,    NEW ALBANY, OHIO 43054-3025
4278871       +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2009 02:59:51     Discover Fin Svcs Llc,
                Acct No 601100933015,    Po Box 15316,    Wilmington, DE 19850-5316
```

```
District/off: 0978-2          User: ruhgejd              Page 3 of 3              Date Rcvd: Oct 20, 2009
Case: 09-14680                Form ID: pdf913            Total Noticed: 106

The following entities were noticed by electronic transmission (continued)
4278870       +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2009 02:59:51      Discover Fin Svcs Llc,
              Acct No 601100970452,    Po Box 15316,    Wilmington, DE 19850-5316
4278869       +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2009 02:59:51      Discover Fin Svcs Llc,
              Acct No 601100953357,    Po Box 15316,    Wilmington, DE 19850-5316
4278868       +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2009 02:59:51      Discover Fin Svcs Llc,
              Acct No 601100955376,    Po Box 15316,    Wilmington, DE 19850-5316
4278882       +E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2009 03:03:40       Gemb/kirklands,
              Acct No 604412100005,    Po Box 981400,    El Paso, TX 79998-1400
4278883       +E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2009 03:03:40       Gemb/paypldc,
              Acct No 521853100802,    Po Box 981400,    El Paso, TX 79998-1400
5007961        E-mail/PDF: BNCEmails@blinellc.com Oct 21 2009 02:59:28      ROUNDUP FUNDING, LLC,   MS 550,
               PO BOX 91121,    SEATTLE, WA 98111-9221
                                                                                             TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BAC Home Loans Servicing, L.P. fka Countrywide Hom
4278842        BUDCO
4278862        Citifinancial,    Acct No 6072802447106799,   Regional Specific please call 800-922-62
4278906        Sonepco Federal Cred U,    Acct No 4626770010004103
4278907        Sonepco Federal Cred U,    Acct No 4626770010015513
4278910        Toyota Motor Credit Co,    Acct No 70401561051430001,   Must call 800-874-8822 for mailing addre
4278875        first community one
                                                                                             TOTALS: 7, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2009**                             **Signature:**   _Joseph Speetjens_